DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GRUBB & ELLIS COMPANY,
a Delaware Corporation,

                        Plaintiff,

-against-

JEFFREY LICHTENBERG,

                        Defendant.
------------------------------------------------------------x

Case No.: 11 CV 6204 (BSJ)

**STIPULATION EXTENDING DEFENDANT'S TIME TO SERVE AND FILE AN ANSWER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for plaintiff, GRUBB & ELLIS COMPANY, and the attorneys for defendant, JEFFREY LICHTENBERG, that the time for defendant, JEFFREY LICHTENBERG, to serve and filed his answer or otherwise move in response to the civil summons and complaint dated September 2, 2011, is hereby extended to October 21, 2011.

Dated:   New York, New York
         September 27, 2011

EPSTEIN BECKER & GREEN, P.C.
Attorney for Plaintiff
250 Park Avenue
New York, New York 10177
(973) 642-1900

By: _____
Jennifer Barna, Esq. (JB-4142)

CYRULI SHANKS HART & ZIZMOR LLP
Attorneys for Defendant
420 Lexington Avenue, Suite 2320
New York, New York 10170
(212) 661-6800

By: _____
Russell J. Shanks, Esq. (RS-1821)

SO ORDERED:

_____
Gabriel W. Gorenstein, U.S.M.J.